In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-12-00391-CV

_____


IN RE COMMITMENT OF ERICK LAWSON

_____

On Appeal from the 435th District Court
Montgomery County, Texas
Trial Cause No. 07-08-08159 CV

_____

MEMORANDUM OPINION

In an appeal from an order entered in a sexually-violent-predator proceeding modifying the terms of a commitment order, changing the entity that approves where Erick Lawson must reside, we questioned our appellate jurisdiction over such order. Upon consideration of the statute and the responses of the parties, we conclude that the trial court's order is not appealable, and we also conclude that mandamus relief on the issues Lawson raises is not warranted. Accordingly, we dismiss the appeal for lack of jurisdiction.

1

Recently, in *In re Commitment of Holt* and *In re Commitment of Cortez*, we addressed the same issues Lawson raises in his brief, and we concluded that we did not have appellate jurisdiction over these same issues. *In re Commitment of Holt*, No. 09-12-00406-CV, 2013 WL _____, at *___ (Tex. App.—Beaumont July 11, 2013, no pet. h.); *In re Commitment of Cortez*, No. 09-12-00385-CV, 2013 WL 3270613, at *2 (Tex. App.—Beaumont June 27, 2013, no pet. h.). We also considered whether Holt and Cortez raised issues entitling them to mandamus relief. *See Holt*, 2013 WL _____, at *___; *Cortez*, 2013 WL 3270613, at **2-6.

For the same reasons stated in *Holt* and *Cortez*, we conclude that we lack appellate jurisdiction to review the trial court's order dated July 26, 2012, and that Lawson has not demonstrated that he is entitled to mandamus relief. Accordingly, we dismiss Lawson's appeal.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on July 10, 2013
Opinion Delivered August 15, 2013

Before Gaultney, Kreger, and Horton, JJ.